UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TERRANCE JONES,
    *Movant,*

                              Electronically Filed

                              CASE NO. 3:12CR99-01-JHM

VS.

                              **ORDER**

UNITED STATES OF AMERICA,
    *Respondent.*

                              * * * * *

Motion having been made, and the Court having duly been advised,

IT IS HEREBY ORDERED that the United States Probation Office shall recalculate Defendant's sentence in this case in accordance with 18 U.S.C. § 3582(c)(2) and Amendment 782 for purposes of resentencing in accordance with the Amendment.

                              _____
                              JUDGE
                              UNITED STATES DISTRICT COURT